**Glenda Hassan**

| | |
|---|---|
| **From:** | Fazila Issa <fIssa@fotylawgroup.com> |
| **Sent:** | Wednesday, October 1, 2025 1:28 PM |
| **To:** | Glenda Hassan |
| **Cc:** | Don J. Foty; Daniel N. Ramirez |
| **Subject:** | Morrison v. Harris Health System - No. 4:24-CV-05109 |

CAUTION - EXTERNAL:

Good afternoon Ms. Hassan:

We are writing to inform the Court that the parties have reached a settlement in the above matter. The parties are in the process of finalizing the agreement and will notify the Court as soon as it is finalized. Counsel for Defendant, Daniel Ramirez, is copied on this email. If you need anything further from our end, please let us know. Thank you.

Fazila

**Fazila Issa**
**Of Counsel**



2 Greenway Plaza, Suite 250
Houston, Texas 77046
713-523-0001, Ext. 133
713-523-1116 (fax)
fissa@fotylawgroup.com

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.